Giles Bradley, appellee, v. Peoria Bus and Baggage Line, appellant. Gen. No. 7,912.

Opinion filed September 7, 1928.

Quinn & Quinn, for appellant; C. V. O'Hern and Emerson T. Anthony, of counsel. Weil, Bartley & Weil, for appellee; Herbig Younge and Leo F. Cavanaugh, of counsel.

Mr. Justice Jett delivered the opinion of the court.

Veronica Paputsis, appellee, v. Joseph Kochalka, appellant. Gen. No. 7,889.

Opinion filed September 14, 1928.

Donovan, Bray & Gray, for appellant. R. C. Schoenstedt, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

Hester Norton, appellee, v. Merle Norton, appellant. Gen. No. 7,901.

Opinion filed September 14, 1928.

Hall & Dusher, for appellant. North, Linscott, Gibboney & North, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

Lodema Clem, appellee, v. William A. Jordan and Alvin Ball, trading as Jordan & Ball. William A. Jordan, appellant. Gen. No. 7,932.

Opinion filed September 24, 1928.

Clark, Munts & Young, for appellant. Lloyd Painter and Frank L. Flood, for appellee.

Mr. Justice Jett delivered the opinion of the court.

Paul Nielsen, appellee, v. Auto Owners Protective Exchange, appellant. Gen. No. 7,925.

Opinion filed September 28, 1928.

Frank H. Flood and Miller & Streeter, for appellant. Clark, Munts & Young, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.